UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS CASTELLANO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-10424 |
| JOHN W. ADAMS, III, ET AL. | SECTION: "T" (2) |

## JUDGMENT

This matter was brought before the Court following an order to the plaintiff to show cause why no action has been taken. No good cause being shown, the Court ordered the case dismissed.

Pursuant to the Court's order,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and failure to adhere to the Court's order.

New Orleans, Louisiana, this 30th day of September, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE